IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2018 OCT 11 PM 1: 53

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES OF AMERICA

v.

PETER JEWELL-REIGEL,

Defendant.

INDICTMENT

Case No. _18-CR-146-JDP_

18 U.S.C. §2252(a)(2)
18 U.S.C. §2253

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 4, 2018, at approximately 1:44 a.m., in the Western District of Wisconsin, the defendant,

PETER JEWELL-REIGEL,

knowingly received three visual depictions using a facility of interstate commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the depictions are of such conduct, specifically, JEWELL-REIGEL received text messages that contained three visual depictions of a minor, KV #1, engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 2

On or about August 4, 2018, at approximately 2:01 a.m. in the Western District of Wisconsin, the defendant,

PETER JEWELL-REIGEL,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction is of such conduct, specifically, JEWELL-REIGEL received a text message that contained a visual depiction of a minor, KV #1, engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 3

On or about August 5, 2018, in the Western District of Wisconsin, the defendant,

### PETER JEWELL-REIGEL,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction is of such conduct, specifically, JEWELL-REIGEL received a text message that contained a visual depiction of a minor, KV #1, engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1 through 3 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2252(a)(2), pursuant to Title 18, United States Code, Section 2253, the defendant,

### PETER JEWELL-REIGEL,

shall forfeit to the United States his right, title, and interest in:

2

(1)   Any and all visual depictions which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

(2)   any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including an LG-M150 cell phone.

A TRUE BILL

PRESIDING JUROR

Indictment returned:  ___10/11/18___

SCOTT C. BLADER
United States Attorney

3