JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

18-CR-146 - JDP

**Place of Offense:**
- City: Kronenwetter
- County/Parrish: Marathon

**Related Case Information:**
- Superseding _____  Docket Number _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 18-mj-129
- Search Warrant Case Number: _____
- R 20 / R40 from District of _____

**Defendant information:**
- Matter to be Sealed: Yes ___  No ✓
- Def. Name: Peter Jewell-Reigel
- Alias Name:
- City/State: Kronenwetter, WI
- Year of Birth:
- Last 4 digits of SSN:
- Sex: White
- Race: Male

**U.S. Attorney Information:**
- ELIZABETH ALTMAN  Bar #:
- Interpreter: ✓ No ___ Yes   List language and/or dialect:

**Location Status:**
- Arrest Date: _____
- ___ Already in Federal Custody as of: _____ in _____
- ✓ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
- Total # of Counts: 3
- ___ Petty
- ___ Misdemeanor
  - ___ Class A
  - ___ Class B
  - ___ Class C
- ✓ Felony

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252 | Receipt of child pornography | 1 - 3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____   Signature /s/ ELIZABETH ALTMAN