UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.                                                   Case No. 18-cr-146-jdp

PETER JEWELL-REIGEL,

        *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter Jewell-Reigel, the defendant in the above-captioned matter, is represented by:

>Joseph A. Bugni
>Federal Defender Services of Wisconsin, Inc.
>22 East Mifflin Street, Suite 1000
>Madison, Wisconsin 53703
>Telephone:   [608] 260-9900
>Facsimile:   [608] 260-9901

Dated at Madison, Wisconsin, this 19th day of October, 2018.

                                        Respectfully submitted,

                                        Peter Jewell-Reigel, Defendant

                                        */s/Joseph A. Bugni*
                                        Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org

                                                                               FEDERAL DEFENDER SERVICES
                                                                                 OF WISCONSIN, INC.