IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    v.

PETER JEWELL-REIGEL,                           Case No.: 18-cr-00146-jdp

    Defendant.

---

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY OF THE ABOVE-NAMED DEFENDANT.

G R E E T I N G S:

    WE COMMAND YOU, that you have the body of

    PETER JEWELL-REIGEL,

now detained in the Marathon County Jail, under safe and secure conduct at Room 460, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing October 31, 2018, at 10:30 a.m, for the purpose of arraignment and for any other proceedings scheduled by the court herein.

    WITNESS, the Honorable United States Magistrate Judge for the Western District of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this _____ day of October 2018.

                                                     PETER OPPENEER, Clerk
                                                     United States District Court
                                                     Western District of Wisconsin

                                                     By

                                                     _____
                                                     Clerk