# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 10/31/2018   DAY: Wednesday   START TIME: 10:35 am   END TIME: 10:42 am

JUDGE/MAG.: SLC   CLERK: JLS   REPORTER: FTR

PROBATION OFFICER: R. Plender   INTERPRETER: ____   SWORN: YES ☐ NO ☐

CASE NUMBER: 18-cr-146-jdp-1   CASE NAME: USA v. Peter Jewell-Reigel

**APPEARANCES:**

ASST. U.S. ATTY.: Julie Pfluger   DEFENDANT ATTY.: Joseph Bugni

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1-3 ; 5-20 YR(S) IMPRISONMENT; $250,000 FINE;
5-Life YEAR(S) SUPERVISED RELEASE;   $____ SPECIAL ASSESSMENT;   ☒ RESTITUTION.

DEFENDANT AGE: ____   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**

- ☐ GUILTY
- ☒ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☐ DEFENDANT SWORN
- ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: 3/25/2019 at 9:00 am   TRIAL ESTIMATE: 2 DAYS
PTMH/EVID. HRG.: 1/17/2019 at 11:30 am   MOTIONS DUE: 1/14/2019
FPTC: 3/14/2019 at 9:00 am   FPTC SUBMISSIONS: 3/12/2019
FINAL HEARING: 3/20/2019 at 3:00 pm

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: ____   OBJECTIONS DUE: ____
SENTENCING: ____ at ____

**RELEASE/DETENTION:**

- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☒ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ____

**NOTES:**

TOTAL COURT TIME: 7 min