

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

*Address:*
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

November 26, 2018

Joseph Bugni
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street
Suite 1000
Madison, WI 53703

      Re:    *United States of America v. Peter Jewell-Riegel*
             Case No:  18-cr-00146-jdp

Dear Mr. Bugni:

      Enclosed please find a disc containing additional discovery in this case (Bates Nos. 1220 - 1618).   The disc is password protected.  My colleague, Lisa Pierce, will email you the password for the enclosed disc.

      If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

             Very truly yours,

             SCOTT C. BLADER
             United States Attorney

             By:       / s/

             _____
             ELIZABETH ALTMAN
             Assistant United States Attorney