IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.   Case No.: 18-cr-146-jdp

PETER JEWELL-REIGEL,

Defendant.

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 days beginning on December 28, 2018, and ending on January 26, 2019. (See Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2019, at Madison, WI.

/s/ Elizabeth Altman
ELIZABETH ALTMAN
Assistant United States Attorney