

**U.S. Department of Justice**

**Scott C. Blader**
***United States Attorney***
***Western District of Wisconsin***

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

February 14, 2019

Richard A. Williams
Sr. U.S. Probation Officer
222 W. Washington Avenue, Suite 340
Madison, WI  53703

  Re: *United States v. Peter Jewell-Reigel*
    Case No. 18-cr-00146-wmc

Dear Mr. Williams:

  I have reviewed the presentence investigation report (PSR) prepared by you in the above-captioned case and do not have any objections to the guideline calculations set forth in the report.

          Very truly yours,

          SCOTT C. BLADER
          United States Attorney

        By: /s/
          ELIZABETH ALTMAN
          Assistant United States Attorney

ecf: United States District Judge James D. Peterson
    Attorney Joseph A. Bugni