# Federal Defender Services
## Of Wisconsin, Inc.

Legal Counsel

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin  53703

Telephone 608-260-9900
Facsimile 608-260-9901

March 6, 2019

Honorable James D. Peterson
United States District Court Chief Judge
120 North Henry Street
Madison, Wisconsin 53703

      Re:    *United States v. Peter Jewell-Reigel*
               Case No. 18-cr-146-jdp

Dear Judge Peterson:

      Yesterday I filed a sentencing memo, and in it I referenced a few support letters. Unfortunately, an appointment that I could not be late for kept me from getting the attached letters ready for filing.

      They are now attached as Exhibits A–D and include a letter from Peter's father about Peter's childhood and character; a letter from his mom and Aunt about some of his early struggles (including those in high school) and their hope for him in the future; and a letter from his manager at Arby's about Peter's work ethic. I believe they confirm my view of Peter and fully support the defense's recommended sentence.

      Thank you for your attention to this matter.

                        Sincerely,

                        */s/ Joseph A. Bugni*

                        Joseph A. Bugni
                        Associate Federal Defender