Honorable James D. Peterson
United States District Court
Western District of Wisconsin
120 N. Henry St. Room #320
Madison, Wisconsin  53703


Dear Judge Peterson,

My name is Allen Reigel and I am Peter's father.  I make my living as a packaging engineer for Rockwell Automation in Milwaukee.  I have known Peter his whole life, but did not live with Peter until I married his Mother when he was 9 years old.  Even before living with him I would take him fishing, swimming and play sports with him.  With the situation that Peter is in, we talk once or twice a week.  It is usually a discussion about religion, God and comic books.   I think I know Peter as well as any father would know his son.

In regards to Peter's character, I think he is a good kid at heart.  He was always easy going and laid back.  He could make friends easily and look for the good in everyone.   I also think that he is naive about the world and people who take advantage of him.  He would tell you the truth when asked.  I think he is one to give you something if he felt you needed it.  In high school Peter would lend out his guitar to a kid who could not afford one.  As a small kid when we ran into a homeless person on the street he always wanted to say hello and give the person some money.  We even had a similar discussion about how we should deal with a homeless person about a year ago, he asked me how to help them without enabling a habit that they might have.

As kids Peter and his brother had access to the internet.  My wife and I would check their electronics to see what they would look at.  If they did look at something that they should not have we took away their electronics.  At the time there were not any great options to monitor what was coming over the internet.  I finely discovered open server that blocks pornography from coming into the house.  It might have been too late.  I think Peter is addicted to pornography and needs help.  I don't know if there is any help he can get in prison or not.  We keep asking and it seems the answer is no.  I hope that you can help with that.

I know Peter is not a saint.  He asks if God will forgive him.  I reassure him that God can forgive anything and that mom and dad forgive him as well.  I know he needs to pay for what he has done, but I also know that being in prison puts him in contact with others that will not have a good influence on him.

There are a lot of people praying for Peter.  We know God has a plan for Peter or he would not have been saved at rough times in his life.  We pray that God will help guide you into the right direction for Peter.


Thank you and God bless you.

*Allen Reigel*

Allen Reigel