February 5ᵗʰ, 2019

Honorable James D. Peterson
United States District Court
Western District of Wisconsin
120 N. Henry St. Room #320
Madison, Wisconsin  53703

Dear Judge Peterson:

I am writing to you in regards to Peter Jewell-Reigel an inmate at Sauk County Jail.  My name is Mary Reigel and I am Peter's mother. I am a registered nurse and employed by Aspirus, Inc. as the Clinic Manger for the Aspirus Stevens Point Clinic.  I currently live in Kronenwetter WI with my husband Allen and son Noah Aaron Jewell-Reigel age 18.  As a single mother of a 16 year old biological daughter, I adopted Peter when he was 3 months old.  Two years later I adopted Noah when he was 2 months old.  We have been blessed to have a great support system of friends and family which included my husband Allen and his entire family.  Allen has been a part of the boy's lives since before the boys joined my family.  We were lucky enough to make us an official family in 2007 when Peter was 9 years old.

Peter was always a "happy go lucky" child and tended to take things as they came and deal with it by himself. He was raised in the Catholic Church as was an active member of St. Agnes Church in Weston WI.  Peter is very artistic and very much enjoys music.  He is able to listen to a song and play it by ear.  He was in Suzuki violin at the age of 4.  He started to pay trumpet at the age of 11, has dabbled with piano and is very good at guitar as well. Peter was also involved in Sports as a child.  Peter was in little league for 4- 5 years, soccer, basketball, and wrestling.  Although Peter was never the "star" of any of the sports teams he was on, he always gave it his best shot and was a good team player.  Peter usually sought out the coach and always asked questions not only regarding the rules of the game, but what he could do to improve his abilities.

During the last semester of his senior year, it can to light that Peter had been getting bullied during his entire high school career and for most of his school years. The wrestling team would play a very derogatory song about Uncle Tom whenever he would walk into the locker room, and during his band class (which was always his favorite class and he ended up dropping) the trombone section leader often said to him "My grandparents owned your grandparents".  Peter had kept a lot of this to himself, as he wanted to be able to handle this on his own.  He tried to let this all go.  Peter has a very big heart and always wants to find the best in everyone. Sometimes I think that this leaves him vulnerable and somewhat gullible/oblivious to people's true intentions.

When Peter was first taken into custody, he talked with and wanted to take the advice of some of those that he has been incarcerated with.  Peters view was that, they had been in the system and they should know what he needed to do.  Peter has come to learn that he is responsible for his own actions. He has had time to reflect on the choices he has made and other choices he could have and should have made.

As a mother, I believe that society (through songs, social media, movies, and television) has made it all too easy for our children and young adults to believe that "if it feels good do it".  They also have easy and immediate access to find whatever they are looking for on the internet, and many times even not what they are looking for.  As parents Allen and I have tried our best to set boundaries, but as with all addictions, we have come to learn that many times the urge is often too great and wins the fight.  I do believe that Peter does suffer from an addiction to pornography and needs treatment to deal with and how to overcome the urge.  Peter and I have had many discussions on this topic and he has come to realize that he cannot handle this alone. He has expressed shame and guilt regarding his actions is ready to accept help.  I do not know if the prison system offers any type of treatment for those dealing with pornography , but I know Peter is willing to do what it takes to come out of the system a better person than when he went in.

As I have stated above, Peter is a very trusting person who is always looking for the best in everyone.  I do not feel more time in the system will benefit him or society. I am afraid that the keeping Peter in the system longer will only have a negative influence on him and that he will only benefit from counseling treatments.

I am praying that you will find it in your heart to not just view my son as another "criminal" within the system, but as a young man who made a very bad decision and someone who is willing to take accountability for his actions. Please see him as a young man who is willing to learn from his mistakes and to come out of this experience having received the counseling he needed and someone who is willing to make a better person of himself.   I truly believe that God has a plan for Peter and this is something that he has to go through to become the man he is supposed to be and that being incarcerated must be part of that plan.

I want to thank-you for the opportunity to be able to write this letter, and for you taking the time to read and contemplate upon its context.  I am thankful that God has answered the many prayers that are being said for him by putting Joseph Bugni into Peter's life as he has proven to be a very positive influence and is guiding Peter into a more positive direction.  I know that God will guide you to make the best decision for Peter and what is in the best interest of society.


Gods guidance be with you

Mary S. Reigel