December 28, 2018

Honorable James D. Peterson
United States District Court
Western District of Wisconsin
120 N. Henry St. Room #320
Madison, Wisconsin  53703

Dear Judge Peterson:

I am writing to you in regards to Peter Jewell-Reigel an inmate at Dane County Jail.  My name is Kay Kostka; I am an Insurance Broker and currently reside in Kronenwetter WI.  I've known Peter since infancy when his mother adopted him; his Mother and I were friends and roommates at the time; and they lived with me until Peter was 9 years old; during that time I introduced his Mother to my brother and was thrilled when they wed and Peter is now officially my nephew. I know Peter very well and would like to convey the person I know him to be, in hopes you will see him as more than just an inmate and ID number on a page.

Peter has a very big heart – always rooting for the under-dog; probably why he enjoys the hero's in the Marvel comics he loves to read along with creating animation; he was attending the local college studying computer graphics/programing prior to this incident.  Peter's kind heart was always evident, as he would make friends with anyone; he never cared if they were the outcast or dressed different maybe because he related; I use to say he marched to his own drummer, never worried about brand name clothing or if he was seen hanging out with his aunt (me) at a Christian concert in the town square; he even joined the St. Agnes Adult Choir with me, to play his trumpet even though no other teenagers would participate.  We discovered during his senior year that he was bullied by several kids during his high school years, students from the  band and wrestling programs that he participated in; he said, once they get to know me they will like me; so he thought it was no big deal; his favorite phase "it's no problem I'm fine".   He always wanted to give the other guy a chance to redeem themselves, even buying those same kids lunch, and snacks in hopes they would come around – I guess a laid back attitude is not a horrible response to racism, instead of physically battling their ignorance.

Since Peter has been taken into custody, he realizes the magnitude and error of his actions; taking away not only his freedom, causing hurt to his family, but his future career/education in a field of study he enjoys.  I was requested to pick up his belongings from the local jail, before he was transferred to the Dane County facility and discovered a passage in his journal; stating how he didn't have many friends and turned to the internet searching for someone 'like him' , when he knew it was wrong.  In our initial phone conversations he stated he was hoping to be released on bail, so he could go get treatment at our local North Central Health Care facility, which I was so relieved to hear him say, if only he would have reached out sooner.  He is embarrassed and ashamed and wanted to know if I thought God could forgive him when he dies.

I have no idea if the Jail/Prison system offers any type of treatment for those dealing with pornography , but I know Peter is willing to do what it takes to come out of the system a better person than when he went in.   I do not feel more time in the system will benefit him, only counseling treatments; my greater fear is the continuous exposure to other individuals, who would likely pry on his naïve, laid back nature, and could have a negative influence on him.

Peter's birth Mother was in labor on the street and high on cocaine, when a passing ambulance came upon her and took her to the hospital – my faith tells me God saved Peter for a reason; this is not the life he has planned out for him – he is not lost and he can still become the good man God intended him to be.  I pray that the Holy Spirit will guide you in what is best for Peter.

Thank you for your time and attention.
Sincerely,

*Kay L. Kostka*

Kay L. Kostka