From: Jonathan Derrie <jonderrie@gmail.com>

Date: March 2, 2019 at 8:04:49 PM CST

To whom it may concern:

I have known Peter for around 2 and a half years. I was his boss when he was employed by Arbys in Rothschild WI. In the time Peter worked for me he was an excellent employee and picked up hours when asked. Peter was working towards getting a college degree at the time his was employed by me also. I've also come to know Peter personally in the time he worked for me. I do not believe Peter is a threat to society and I believe he has gotten himself caught up in the wrong situations. I know deep down Peter is a decent caring person who just needs some guidance.

Sincerely,

Jonathan R. Derrie