| Query | Reports | Utilities | Help | What's New | Log Out |

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:24-mj-00016-1

| | |
|---|---|
| Case title: USA v. Jewell-Reigel | Date Filed: 01/12/2024 |
| Other court case number: 3:18-cr-00146-jdp-1 Western District of Wisconsin (Madison) | Date Terminated: 01/12/2024 |

Assigned to: Magistrate Judge Andrew M Edison

**Defendant (1)**

| | | |
|---|---|---|
| **Peter Jewell-Reigel**<br>*TERMINATED: 01/12/2024* | represented by | **Federal Public Defender - Houston**<br>440 Louisiana<br>Ste 310<br>Houston, TX 77002<br>713-718-4600<br>Fax: 713-718-4610<br>Email: hou_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Violation of Supervised Release | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2024 | 1 | Probation 12C from Western District of Wisconsin (Madison) as to Peter Jewell-Reigel, filed.(GeorgeKelner, 4) (Entered: 01/12/2024) |
| 01/12/2024 | | Arrest (Rule 32) of Peter Jewell-Reigel, filed. (GeorgeKelner, 4) (Entered: 01/12/2024) |
| 01/12/2024 | 2 | Arrest Warrant issued 12/22/2023; Returned Executed on 1/12/2024 as to Peter Jewell-Reigel. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (GeorgeKelner, 4) (Entered: 01/12/2024) |
| 01/12/2024 | | Set/Reset Deadlines/Hearings as to Peter Jewell-Reigel: Initial Appearance - Rule 32 set for 1/12/2024 at 02:00 PM in Courtroom 8B before Magistrate Judge Andrew M Edison (GeorgeKelner, 4) (Entered: 01/12/2024) |
| 01/12/2024 | | INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION Minute Entry for proceedings held on 1/12/2024 before Magistrate Judge Andrew M Edison as to Peter Jewell-Reigel (Deft informed of rights). Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD for limited purpose, Waiver of Identity, Detention Hearing in this district executed on the record, Defendant ordered removed to originating district. Rule 5(f) order orally given. Rule 5(f) written order to be entered. Defendant waived identity hearing and reserves the right to have detention hearing in the charging district. Parties consented to appear via video. Appearances: AUSA Kelly Zenon for USA; AFPD Darryl Austin for Defendant. (ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed. (RubenCastro, 3) (Entered: 01/12/2024) |
| 01/12/2024 | 3 | Sealed Financial Affidavit CJA 23 by Peter Jewell-Reigel, filed. (Entered: 01/12/2024) |
| 01/12/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER FOR LIMITED PURPOSE. ( Signed by Magistrate Judge Andrew M Edison) Parties notified. (RubenCastro, 3) (Entered: 01/12/2024) |
| 01/12/2024 | 5 | BRADY ORDER on Rule 5(f) as to Peter Jewell-Reigel. (Signed by Magistrate Judge Andrew M Edison) Parties notified. (RubenCastro, 3) (Entered: 01/12/2024) |
| 01/12/2024 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Peter Jewell-Reigel. Defendant committed to the Wisconsin Western District Court. ( Signed by Magistrate Judge Andrew M Edison) Parties notified. (RubenCastro, 3) (Entered: 01/12/2024) |
| 01/12/2024 | | RULE 5 Papers sent via email to Wisconsin Western District Court Madison Division as to Peter Jewell-Reigel, filed.(RubenCastro, 3) (Entered: 01/12/2024) |