UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

 vs.           Case No. 18-cr-146-jdp

PETER JEWELL-REIGEL,

    *Defendant.*

---

## NOTICE OF APPEARANCE

 PLEASE TAKE NOTICE that Peter Jewell-Reigel, the defendant in the above-captioned matter, is represented by:

   Joseph A. Bugni
   Federal Defender Services of Wisconsin, Inc.
   22 East Mifflin Street, Suite 1000
   Madison, Wisconsin 53703
   Telephone: [608] 260-9900
   Facsimile: [608] 260-9901

 Dated at Madison, Wisconsin, this 17th day of January, 2024.

     Respectfully submitted,
     Peter Jewell-Reigel, Defendant

     */s/Joseph A. Bugni*
     Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org

        FEDERAL DEFENDER SERVICES
         OF WISCONSIN, INC.