PROB12C (9/14)

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN
### SUPPLEMENTAL PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Peter Jewell-Reigel  
Jefferson County, Wisconsin, Jail  
(Detained in Primary Federal Custody)

**Case Number:** 18-cr-146-jdp-1

**Name of Sentencing Judicial Officer:** Honorable James D. Peterson

**Date of Original Sentence:** March 7, 2019

**Offense:** Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1), a Class C felony

**Original Sentence:** 60 months' imprisonment, to be followed by an 8-year term of supervised release

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** May 30, 2023

**Assistant U.S. Attorney:** Elizabeth Altman

**Defense Attorney:** Joseph A. Bugni

## COURT HISTORY

On December 22, 2023, a *Petition for Warrant for Offender Under Supervision* (ECF Dkt. 38) was submitted to the Court alleging that Mr. Jewell-Reigel left the judicial district without the permission of the Court or supervising probation officer; failed to notify the probation office within 72 hours of a change in employment; failed to provide the supervising U.S. probation officer advance notice of any computers, automated services, or Internet-connected devices he would be using; failed to participate in sex offender treatment as directed; had unauthorized contact with a minor; and failed to comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer. At the time of the submission, Mr. Jewell-Reigel had absconded from supervision and his whereabouts were unknown.

## PETITIONING THE COURT

☒ To consider the following supplemental information and violations at Mr. Peter Jewell-Reigel's judicial review hearing scheduled for March 28, 2024.

The probation officer alleges that Mr. Jewell-Reigel has violated the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| Mandatory Condition: | "Defendant shall not commit another federal, state, or local crime." |
| | On February 14, 2024, the District Attorney's Office filed a criminal complaint in Marathon County, Wisconsin, Circuit Court. (This case has not yet been assigned a case number.) The criminal complaint charges Mr. Jewell-Reigel with one count of refusing a global positioning system (GPS) tracking device as a repeater, a Class |

|  |  |
|---|---|
|  | I felony. The complaint alleges that on or about Wednesday, December 20, 2023, in Wausau, Wisconsin, Mr. Jewell-Reigel knowingly refused, resisted, or obstructed the installation of a global positioning system tracking device without the authorization of the Wisconsin Department of Corrections (WDOC). |
| Special Condition No. 17: | "Not meet or spend time with any person under the age of 18 or have verbal, written, telephonic or electronic communication with any such person, except with the express permission of the minor's parent or legal guardian and the supervising U.S. Probation Officer. This provision does not include persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom defendant must deal in order to obtain ordinary and usual commercial services." |
|  | On December 13, 2023, M.L. (a 13-year-old female) and her father met with WDOC Probation and Parole Agents to provide a victim statement and report unauthorized contact with Mr. Jewell-Reigel. In the statement, M.L. advised that she met Mr. Jewell-Reigel outside of a business in Wausau on December 7, 2023, when he approached her and initiated a conversation with her. M.L. reported that they began messaging and calling each other, and she told him that she was 13 years old on the first or second day they met (December 7 or 8, 2023). Mr. Jewell-Reigel met with M.L. in person again on December 8, 10, and 11, 2023. One of these meetings took place at Mr. Jewell-Reigel's apartment. M.L. reported that Mr. Jewell-Reigel touched her hand on one occasion and rubbed her thigh with his pinky finger on another occasion, which caused her to feel uncomfortable. M.L. noted that Mr. Jewell-Reigel eventually sent her the picture of his face and then said, "As long as I am unknown we can do anything." |

**Supplemental Information**: On December 13, 2023, 13-year-old M.L. and her father met with WDOC Probation and Parole Agents Justin Steinke and Emily Wisotzke to provide a statement regarding M.L.'s contact with Mr. Jewell-Reigel. M.L. noted that on or about December 7, 2023, she met Mr. Jewell-Reigel outside of a restaurant in Wausau. M.L. was drumming on a bucket outside of the restaurant when Mr. Jewell-Reigel approached her. He asked M.L. if she was a drummer or in a band and initiated a conversation about music, stating that he was in a band. They exchanged numbers and began text messaging each other frequently. The following day, M.L. and her friend met with Mr. Jewell-Reigel at Riverside Park in Wausau. He played songs on his guitar and talked with the minor females. M.L. reported she told Mr. Jewell-Reigel she was 13 years old on either the day they met or the day after they met.

On December 10, 2023, Mr. Jewell-Reigel asked M.L. to go to his apartment so he could give her guitar lessons and asked her to bring her drumsticks. M.L. reported that Mr. Jewell-Reigel picked her up in the evening, and they went to his apartment. While at his apartment, they listened to music and played a card game. They also went to Mr. Jewell-Reigel's bedroom and sat on his bed, where Mr. Jewell-Reigel touched and held M.L.'s hand. Mr. Jewell-Reigel dropped M.L. off at a store near her house afterwards.

On December 11, 2023, M.L. reported she met with Mr. Jewell-Reigel outside Mesa Bar and Grill in Wausau. She reported they sat in his car, watching TikTok videos and talking. She noted that at one point he rubbed her thigh with his pinky finger. She became uncomfortable and told him she needed to leave.

M.L. reported that while they were communicating via text message, she asked Mr. Jewell-Reigel to send her a picture of his face. M.L. noted that he eventually sent her a picture via text message and told her they could do anything as long as he remained unknown. Mr. Jewell-Reigel also sent a text message to M.L., "Yes call me daddy." M.L. noted that Mr. Jewell-Reigel offered to take her to the retail store, Spencer's, and buy her anything she wanted. (Note: Spencer's is a retail store offering novelty goods and apparel, including adult products and lingerie.) He also asked M.L. to "twerk" once while they were talking on the phone.

On December 13, 2023, Mr. Jewell-Reigel was contacted and directed to report to the Marathon County Probation and Parole Office to address his unauthorized contact with a minor. The state agent received a phone call from Mr. Jewell-Reigel's mother who reported that Mr. Jewell-Reigel cut off his GPS device and jumped out of the vehicle while en route to the Marathon County Probation and Parole Office. His mother gave the GPS unit to the state agent, who confirmed the GPS strap had been cut completely. A WDOC warrant was subsequently issued for his arrest.

Mr. Jewell-Reigel's whereabouts were unknown until January 12, 2024, when he was arrested by the Harris County, Texas, Sheriff's Office Special Weapons and Tactics Unit (SWAT) in Houston, Texas. The Harris County Sheriff's Department, the Golf Coast Violent Offender's Task Force, and the United States Marshals Service also responded to the location. According to reports received from the Harris County Sheriff's Department, Mr. Jewell-Reigel's vehicle was identified by law enforcement while it was parked in a strip mall parking lot in Houston. Officers gave Mr. Jewell-Reigel commands, but he failed to comply and told law enforcement they would have to kill him. Law enforcement initially attempted to arrest Mr. Jewell-Reigel using a K9 officer; however, the K9 officer was recalled when Mr. Jewell-Reigel brandished a knife and motioned as though he were going to stab the K9 officer. A Crisis Negotiation Team (CNT) then attempted communication with Mr. Jewell Reigel for multiple hours to encourage his peaceful surrender. He was given commands to exit the vehicle and to drop his knife, but he refused. Mr. Jewell-Reigel stated he wanted officers to shoot him, he was not returning to jail, and he wanted everything to end. Law enforcement attempted to gain compliance by deploying less than lethal rounds, which struck Mr. Jewell-Reigel. Mr. Jewell-Reigel continued to refuse to lie on the ground and still attempted to evade arrest. Additional non-lethal rounds were deployed causing him to fall forward into the prone position, at which time deputies were able to arrest him. He was then escorted to medical personnel to be evaluated. No charges were filed as a result of the arrest incident.

On February 14, 2024, the District Attorney's Office in Wausau filed a criminal complaint in Marathon County, Wisconsin, Circuit Court charging Mr. Jewell-Reigel with refusing to comply with a global positioning system tracking device. Mr. Jewell-Reigel is currently detained in primary federal custody at the Jefferson County, Wisconsin, Jail. The WDOC has filed a detainer.

**Probation Officer's Recommendation:** It is respectfully recommended that the additional information contained in this filing be considered for Mr. Jewell-Reigel's judicial review.

Assistant U.S. Attorney Elizabeth Altman has been notified of this filing.

**Penalties:** Pursuant to 18 U.S.C. § 3583(e)(3), if the term of supervised release is revoked, the statutory maximum term of imprisonment is 24 months because the offense of conviction is a Class C felony.

The most serious alleged violation is classified as a Grade B violation, pursuant to USSG §7B1.1(a)(2). A Grade B violation coupled with Criminal History Category III results in an advisory guideline imprisonment range of 8 to 14 months, if the term of supervised release is revoked.

Pursuant to 18 U.S.C. § 3583(h), another term of supervised release is authorized to follow imprisonment. The statutory maximum term of supervised release that can be re-imposed upon revocation is life, pursuant to 18 U.S.C. § 3583(k).

The mandatory and recommended discretionary conditions of supervision, along with the justifications for those discretionary conditions, are outlined in the *Petition* filed on December 22, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2024

/s/

Melissa R. Lach
U.S. Probation Officer

THE COURT ORDERS:
☒ The supplemental information will be considered at Mr. Jewell-Reigel's judicial review hearing.
☒ The probation office is authorized to release to the parties any police reports or other evidence that the probation office has obtained to support the basis for the alleged violations.
☐ Other:

_____
Honorable James D. Peterson
Chief U.S. District Judge

APRIL 16, 2024
_____
Date