UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.                                                                                    Case No. 18-cr-146-jdp

PETER JEWELL-REIGEL,

        *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter Jewell-Reigel, the defendant in the above-captioned matter, is represented by:

> Alexander P. Vlisides
> Federal Defender Services of Wisconsin, Inc.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Telephone:    [608] 260-9900
> Facsimile:    [608] 260-9901

Dated at Madison, Wisconsin, this 16th day of April, 2024.

        Respectfully submitted,
        Peter Jewell-Reigel, Defendant

        */s/ Alexander P. Vlisides*
        Alexander P. Vlisides

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Alex_vlisides@fd.org

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.