# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 07/24/2024    DAY: Wednesday    START TIME: 2:12 PM    END TIME: 2:35 PM
JUDGE/MAG.: jdp    CLERK: acd    REPORTER: jld
PROBATION OFFICER: Lach    INTERPRETER: ____    SWORN: YES
CASE NUMBER: 18-cr-146-jdp-1    CASE NAME: USA v. Peter Jewell-Reigel

**APPEARANCES:**
AUSA: Elizabeth Altman    DEFENDANT ATTY.: Joseph Aragorn Bugni

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
  TOTAL OFFENSE LEVEL: ____    CRIMINAL HISTORY CATEGORY: ____
  ADVISORY GUIDELINE IMPRISONMENT RANGE: ____ to ____ MONTHS.

**SENTENCE:**
COUNT(S) ____:  ☐ INDICTMENT  ☐ INFORMATION
CBOP  CT. ____; ____ MOS.; ____ YRS. S/R; $ ____ CA; $ ____ REST.; $ ____ FINE.
      CT. ____; ____ MOS.; ____ YRS. S/R; $ ____ CA; $ ____ REST.; $ ____ FINE.
  ☐ VOLUNTARY SURRENDER: ____ between ____ and ____;
  ☐ RELEASE CONDITIONS CONTINUED.
  ☒ DETAINED.

**ACTIONS:**
  ☐ PLEA AGREEMENT ACCEPTED
  ☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
  ☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
  ☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
  ☒ REVOKED

**NOTES:**
CBOP: 14 MOS.; 20 YRS. S/R.

TOTAL COURT TIME: 23"