PROB12A (11/25)

# UNITED STATES DISTRICT COURT
### FOR THE
## WESTERN DISTRICT OF WISCONSIN
### REPORT ON PERSON UNDER SUPERVISION / ACTION RECOMMENDED

**Person Under Supervision:** Peter Jewell-Reigel
Marathon County Jail, Wisconsin

**Case Number:** 18-cr-146-jdp-1

**Name of Sentencing Judicial Officer:** Honorable James D. Peterson

**Date of Original Sentence:** March 7, 2019
**Date of Revocation Sentence:** July 30, 2024

**Offense:** Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) & (b)(1)a Class C felony
**Original Sentence:** 60 months' imprisonment, to be followed by an 8-year term of supervised release
**Revocation Sentence:** 14 months' imprisonment, to be followed by a 20-year term of supervised release

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** February 5, 2025

## SUMMARY

On December 22, 2023, a *Petition for Warrant for Offender Under Supervision (ECF Dkt. No. 38)* was submitted to the Court alleging that Mr. Jewell-Reigel left the judicial district without the permission; failed to notify the probation office within 72 hours of a change in employment; failed to provide the supervising U.S. Probation Officer advanced notice of any computers, automated services, or Internet-connected devices he would be using; failed to participate in sex offender treatment; had unauthorized contact with a minor; and failed to comply with the Sex Offender Registration and Notification Act. At the time of the submission, Mr. Jewell-Reigel had absconded from supervision and his whereabouts were unknown.

On April 12, 2024, a *Supplemental Petition (ECF Dkt. No. 44)* was submitted, updating the Court on the official charges against Mr. Jewell-Reigel. On July 30, 2024, a judicial review was held and the Court sentenced Mr. Jewell-Reigel to a term of 14 months' imprisonment with a 20-year term of supervised release to follow. At the time, there were still pending charges in Marathon County, Wisconsin, Circuit Court Case No. 24CF751 and a pending state revocation matter in Marathon County Circuit Court Case No. 2017CF779.

On April 18, 2025, Mr. Jewell-Reigel completed his federal sentence and started his state sentence.

On June 16, 2025, the probation office learned that Mr. Jewell-Reigel committed suicide while in state custody at the Marathon County Jail. This was confirmed with the jail and his state probation agent.

A death certificate has been requested but not yet received.

**U.S. Probation Officer's Recommendation:** It is respectfully recommended that Mr. Jewell-Reigel's case be formally closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>December 5, 2025</u>

<u>                    /s/                    </u>
Nicholas A. Tuma
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**
☒ Case No. 18-cr-146-jdp-1 is to be formally closed based on the summary provided above.
☐ Other

<u>                                        </u>
Honorable James D. Peterson
U.S. District Judge

<u>DECEMBER 9, 2025</u>
Date